UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Naseef Bryan

        v.                                    Case No. 26-cv-367-SE

Gordan McDonald, et al


ORDER


    No objection having been filed, I herewith approve the Endorsed

Report and Recommendation of Magistrate Judge Andrea K. Johnstone

dated June 18, 2026.  For the reasons explained therein, Bryan's

motion for default (Doc. No. 5) is denied. "'[O]nly those issues

fairly raised by the objections to the magistrate's report are subject

to review in the district court and those not preserved by such

objection are precluded on appeal.'"  School Union No. 37 v. United

Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v.

Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988));

see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir.

1986) (after proper notice, failure to file a specific objection to

magistrate's report will waive the right to appeal).

_____
Samantha D. Elliott
Chief Judge

Date: July 22, 2026


cc: Naseef Bryan, pro se